IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| 24 HOUR FITNESS USA, INC. a California corporation dba 24 HOUR FITNESS, Petitioner, vs. JAMES BEAN, Respondent. | MEMORANDUM DECISION AND ORDER ON 24 HOUR FITNESS'S PETITION TO COMPEL ARBITRATION<br><br>Case No. 2:11-MC-1136 TS |

Based on the reasoning in *24 Hour Fitness USA v. Omlin*, 2:11-mc-01126-TS, it is

ORDERED that 24 Hour Fitness's Petition to Compel Arbitration is stayed pending the ruling on the Special Master's recommendation in the Northern District of California. After such a ruling 24 Hour Fitness shall produce a report to the Court within 10 days summarizing how the ruling affects 24 Hour Fitness's Petition to Compel Arbitration.

DATED: June 21, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judge

1